UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAMED MARAJANJOU,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX ICE DETENTION FACILITY,

Respondent.

No.  1:25-cv-01580-DC-EFB (HC)

ORDER

Petitioner is an immigration detainee proceeding with a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He seeks appointment of counsel.  ECF No. 3.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Nic Cannarozzi, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at ncannarozzi@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, the court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this court pursuant to

1

Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Nic Cannarozzi, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at ncannarozzi@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

2.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

3.  Within seven days of appointment, counsel for petitioner shall file any reply to the pending motion for temporary restraining order (ECF No. 11) and any amended opposition to the motion to dismiss (ECF Nos. 9 (initial motion to dismiss), 12 (renewed motion).

DATED: February 12, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2